EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 10 2002
at __ o'clock and __ min __
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 02-00242 SOM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ |
| Plaintiff, ) | INDICTMENT |
| vs. ) | |
| DARRYL YONEZAWA, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about January 22, 2001, in the District of Hawaii, DARRYL YONEZAWA did knowingly possess matters which contained visual depictions of minors engaged in sexually explicit conduct, namely, computer graphic files, with DARRYL YONEZAWA knowing that said files contained visual depictions which involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, and which

depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2252(a)(4).

DATED: Honolulu, Hawaii, June /3, 2002.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

<u>United States v. Darryl Yonezawa</u>
"Indictment"
Cr. No. _____